335 A.2d 350

In re the Matter of the Nomination Petition of Penn B. GLA-
ZIER as a Republican Candidate for Judge of the Court of
Common Pleas for Lancaster County, Pennsylvania (2nd
Judicial District), Appellant.

Supreme Court of Pennsylvania.

Argued April 11, 1975.

Decided April 14, 1975.

Goncer M. Krestal, Blank, Rome, Klaus & Comisky,
Norman Perlberger, Philadelphia, for appellant.

Thomas L. Goodman, Shirk, Reist & Buckwalter, Lan-
caster, for appellees, Franklin M. McCorkel and M. Char-
lene Musser.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY,
NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

Order affirmed. Opinion to follow.

EAGEN and MANDERINO, JJ., dissent.

JONES, C. J., did not participate in the consideration
or decision of this case.